UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
:
NML CAPITAL, LTD.,                                                   :
                                                                     :   08 Civ. 6978 (TPG)
                                           Plaintiff,                :   09 Civ. 1707 (TPG)
                                                                     :   09 Civ. 1708 (TPG)
                 - against -                                         :
                                                                     :
THE REPUBLIC OF ARGENTINA,                                           :
                                                                     :
                                           Defendant.                :
------------------------------------------------------------------- x
:
AURELIUS CAPITAL MASTER, LTD. and                                    :
ACP MASTER, LTD.,                                                    :
                                                                     :   09 Civ. 8757 (TPG)
                                           Plaintiffs,               :   09 Civ. 10620 (TPG)
                                                                     :
                 - against -                                         :
                                                                     :
THE REPUBLIC OF ARGENTINA,                                           :
                                                                     :
                                           Defendant.                :
                                                                     :
------------------------------------------------------------------- x
:
AURELIUS OPPORTUNITIES FUND II, LLC                                  :
and AURELIUS CAPITAL MASTER, LTD.,                                   :   10 Civ. 1602 (TPG)
                                                                     :   10 Civ. 3507 (TPG)
                                           Plaintiffs,               :
                                                                     :
                 - against -                                         :
                                                                     :
THE REPUBLIC OF ARGENTINA,                                           :
                                                                     :   *(captions continue on following pages)*
                                           Defendant.                :
                                                                     :
------------------------------------------------------------------- x

**DECLARATION OF CHARLES E. ENLOE IN OPPOSITION TO CITIBANK N.A.'S MOTION FOR "CLARIFICATION OR MODIFICATION"**

2958768.1

```
------------------------------------------------------------------ x
AURELIUS CAPITAL MASTER, LTD. and                :
AURELIUS OPPORTUNITIES FUND II, LLC,             :
                                                 :
                            Plaintiffs,          :   10 Civ. 3970 (TPG)
                                                 :   10 Civ. 8339 (TPG)
            - against -                          :
                                                 :
THE REPUBLIC OF ARGENTINA,                       :
                                                 :
                            Defendant.           :
                                                 :
------------------------------------------------------------------ x
BLUE ANGEL CAPITAL I LLC,                        :
                                                 :
                            Plaintiff,           :   10 Civ. 4101 (TPG)
                                                 :   10 Civ. 4782 (TPG)
            - against -                          :
                                                 :
THE REPUBLIC OF ARGENTINA,                       :
                                                 :
                            Defendant.           :
                                                 :
------------------------------------------------------------------ x
```

I, Charles E. Enloe, declare as follows:

1. I am an associate at the law firm of Friedman Kaplan Seiler & Adelman LLP, counsel to Plaintiffs Aurelius Capital Master, Ltd., ACP Master, Ltd., Aurelius Opportunities Fund II LLC, and Blue Angel Capital I LLC in the above-captioned actions (the "Aurelius Plaintiffs" and along with NML Capital, Ltd., the "Plaintiffs"), and am a resident in the firm's New York office.

2. I make this Declaration to put before this Court certain documents related to Citibank, N.A.'s ("Citibank") "Renewed Motion by Order to Show Cause for Clarification or Modification." The attached documents were assembled either by me or by other persons working at my firm.

3. Attached hereto as Exhibit A is a true and correct copy of a portion of a Prospectus Supplement, dated April 28, 2010, filed by the Republic of Argentina (the "Republic") with the U.S. Securities and Exchange Commission.

4. Attached hereto as Exhibit B is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

5. Attached hereto as Exhibit C is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

6. Attached hereto as Exhibit D is a true and correct copy of an Order issued by this Court, on May 29, 2009, in the action entitled *Aurelius Capital Partners, LP and Aurelius Capital Master, Ltd. v. The Republic of Argentina*, 07 Civ. 2715 (TPG).

2958768.1

       7.      Attached hereto as Exhibit E is a true and correct copy of a Notice of Motion, dated March 20, 2014, filed in these actions by the Citi Entities.

       8.      Attached hereto as Exhibit F is a true and correct copy of a Brief, dated March 24, 2014, submitted to the U.S. Supreme Court by James L. Kerr, Karen E. Wagner, and Daniel T. Young of Davis Polk & Wardwell LLP, as counsel for *amicus curiae* the United Mexican States, in support of the petitions for writs of *certiorari* filed by the Republic and by the Exchange Bondholder Group.

       9.      Attached hereto as Exhibit G is a true and correct copy of the transcript of the hearing held in these matters by the Court on June 18, 2014.

      10.     Attached hereto as Exhibit H is a true and correct copy of ████████ ████████████████████████████████████████████.

      11.     Attached hereto as Exhibit I is a true and correct copy of ███████ ████████████████████████████████████████████████████ ████████████████████████████████████.

      12.     Attached hereto as Exhibit J is a true and correct copy of ███████ ████████████████████████████████████████████████████ ██████████████████████████████████████████████████████ ████████████████████████.

      13.     Attached hereto as Exhibit K is a true and correct copy of ███████ █████████████████████████████████████████████████████.

2958768.1

-3-

14. I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct.

Executed in New York, New York
on this 26th day of June, 2014

_____
Charles E. Enloe

2958768.1