UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                 :

AURELIUS CAPITAL MASTER, LTD. and   :    10 Civ. 8339 (TPG)
AURELIUS OPPORTUNITIES FUND II, LLC, :

                                                 :    **MOTION FOR ADMISSION**
                Plaintiffs,                   :    *PRO HAC VICE*

              - against -                :

THE REPUBLIC OF ARGENTINA,         :

                Defendant.                 :
-------------------------------------------------------------X

      Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Mark T. Stancil, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Plaintiffs in the above-captioned actions.

      I am a member in good standing of the bars of the District of Columbia and the State of Virginia, and there are no pending disciplinary proceedings against me in any state or federal court.

                                                  Respectfully submitted,

                                                s/ Mark T. Stancil
                                                _____

                                                Mark T. Stancil
                                                Robbins, Russell, Englert, Orseck,
                                                Untereiner & Sauber LLP
                                                1801 K Street, N.W., Suite 411
                                                Washington, DC 20006
                                                Tel: (202) 775-4520
                                                Fax: (202) 775-4510
                                                mstancil@robbinsrussell.com

Dated: July 7, 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                                                     :

AURELIUS CAPITAL MASTER, LTD. and     :      10 Civ. 8339 (TPG)
AURELIUS OPPORTUNITIES FUND II, LLC,  :

                                                        :      **MOTION FOR ADMISSION**
                          Plaintiffs,           :      *PRO HAC VICE*

                             - against -           :

THE REPUBLIC OF ARGENTINA,        :

                        Defendant.           :
-----------------------------------------------------------X

       The motion of Mark T. Stancil for admission to practice *pro hac vice* in the above-captioned case is granted.

       Applicant has declared that he is a member in good standing of the bars of the District of Columbia and the State of Virginia, and that his contact information is as follows:

> Mark T. Stancil
> Robbins, Russell, Englert, Orseck,
> Untereiner & Sauber LLP
> 1801 K Street, N.W., Suite 411
> Washington, DC 20006
> Tel: (202) 775-4520
> Fax: (202) 775-4510
> mstancil@robbinsrussell.com

       Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for the Plaintiffs in the above entitled action;

       **IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____     _____
       New York, New York            United States District Judge