UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/2014

------------------------------------x
:
NML CAPITAL, LTD.,                  :
                  Plaintiff,        :
                                    :     08 Civ. 6978 (TPG)
        – against –                 :     09 Civ. 1707 (TPG)
                                    :     09 Civ. 1708 (TPG)
THE REPUBLIC OF ARGENTINA,          :
                                    :
                  Defendant.        :
                                    :
------------------------------------x
:
AURELIUS CAPITAL MASTER, LTD. and   :
ACP MASTER, LTD.,                   :
                                    :
                                    :     09 Civ. 8757 (TPG)
                  Plaintiffs,       :     09 Civ. 10620 (TPG)
                                    :
        – against –                 :
                                    :
THE REPUBLIC OF ARGENTINA,          :
                                    :
                  Defendant.        :
                                    :
------------------------------------x
:
AURELIUS OPPORTUNITIES FUND II,     :
LLC and AURELIUS CAPITAL MASTER,    :
LTD.,                               :     10 Civ. 1602 (TPG)
                                    :     10 Civ. 3507 (TPG)
                  Plaintiffs,       :     10 Civ. 3970 (TPG)
                                    :     10 Civ. 8339 (TPG)
        – against –                 :
                                    :
                                    :
THE REPUBLIC OF ARGENTINA,          :
                                    :     **(captions continued on**
                  Defendant.        :          **next page)**
                                    :
------------------------------------x

```
-------------------------------------------------x
                                                 :
BLUE ANGEL CAPITAL I LLC,                        :
                                                 :
                        Plaintiff,               :     10 Civ. 4101 (TPG)
                                                 :     10 Civ. 4782 (TPG)
           – against –                           :
                                                 :
THE REPUBLIC OF ARGENTINA,                       :
                                                 :
                        Defendant.               :
                                                 :
-------------------------------------------------x
                                                 :
OLIFANT FUND, LTD.,                              :
                                                 :
                        Plaintiff,               :     10 Civ. 9587 (TPG)
                                                 :
           – against –                           :
                                                 :
                                                 :
THE REPUBLIC OF ARGENTINA,                       :
                                                 :
                        Defendant.               :
                                                 :
-------------------------------------------------x
                                                 :
PABLO ALBERTO VARELA, et al.,                    :
                                                 :
                        Plaintiffs,              :     10 Civ. 5338 (TPG)
                                                 :
           – against –                           :
                                                 :
                                                 :
THE REPUBLIC OF ARGENTINA,                       :
                                                 :
                        Defendant.               :
                                                 :
-------------------------------------------------x
```

## **ORDER**

The court will hold a hearing regarding the recent default by the Republic of Argentina on August 1, 2014 at 11:00am.

SO ORDERED.

Dated: New York, New York
July 31, 2014

                                                    Thomas P. Griesa
                                                    U. S. District Judge